IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| MICHAEL LOGAN LOWERY, TDCJ-CID No. 01954001, | |
| Plaintiff, | |
| v. | 2:22-CV-016-Z-BR |
| ADAM R. GONZALES, *et al.*, | |
| Defendants. | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND DISMISSING CIVIL RIGHTS CLAIM

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to grant the Motion to Dismiss filed in this case by Defendants. (ECF 17). Objections to the findings, conclusions, and recommendation have been timely filed. After making an independent review of the pleadings, files, records, and objections in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. Plaintiff's claim — in Objection 6 — to possess unidentified "critical evidence" is of no effect because "critical evidence" does not replace factual allegations, which are taken as true in the Complaint. *See* ECF 19 at 3; *see also Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Instead, Plaintiff's Complaint is indeed marked by "bald assertions" and legal conclusions which the Court is "not bound to accept as true." *Iqbal*, 556 U.S. at 678. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**, the Motion to Dismiss,

(ECF 9), is **GRANTED**, the Motion Requesting Class Certification, (ECF 5), is **DENIED** and the case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

March 23, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE